AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

CHARLES ANTHONY SUMMERS,

    Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:09-cv-000674-LRH-RAM**

E.K. McDANIELS,, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Amended Petition for Writ of Habeas Corpus (# 8) is **DENIED.**
    **IT IS FURTHER ORDERED** that no Certificate of Appealability shall issue.

  May 19, 2011                              **LANCE S. WILSON**
                                                     Clerk

                                                 /s/ D. R. Morgan
                                                  Deputy Clerk